# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| AG ONCON, LLC, AG OFCON, LTD, AND OPTI OPPORTUNITY MASTER FUND, | § § § § | |
| | § | No. 300, 2019 |
| Plaintiffs Below, | § | |
| Appellants, | § | Court Below—Court of Chancery |
| | § | of the State of Delaware |
| v. | § | |
| | § | |
| LIGAND PHARMACEUTICALS, INC., | § | C.A. No. 2018-0556 |
| | § | |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: January 8, 2020
Decided:  January 10, 2020

Before **SEITZ**, Chief Justice; **VALIHURA**, **VAUGHN**, **TRAYNOR**, and **MONTGOMERY-REEVES**, Justices, constituting the Court *en Banc*.

## <u>ORDER</u>

This 10th day of January, 2020, after careful consideration of the parties' briefs and the record on appeal, and after oral argument, we find it evident that the final judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its May 24, 2019 memorandum opinion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice